UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHAUN LAMONT HOWLAND,

    Defendant.
_____/

Case No. 1:18-cr-140-1

HON. JANET T. NEFF

## ORDER

On May 15, 2019, this Court denied Defendant's Unopposed Motion for leave to file a Motion to Suppress memorandum in excess of the word count limitation (ECF No. 297), which consisted of 38 pages (ECF No. 297-1). The Court's Order permitted Defendant to file a brief of not more than 25 pages, not later than May 21, 2019 (ECF No. 305). Defendant thereafter filed a 25-page memorandum in support of his initial Motion to Suppress (ECF No. 308), and also filed three additional motions to suppress/for a hearing and 43 pages of supporting memoranda (ECF Nos. 311, 314, 317). Upon initial review, it appears to the Court that the additional motions concern the matters raised in the initial motion to suppress, including the requested hearing under *Franks v. Delaware*, 438 U.S. 154 (1978), and are merely a means of circumventing the Court's denial of the motion to exceed the word count. At the very least, the filing of repetitive, seemingly

overlapping motions is confusing and unnecessarily consumes the resources of the Court to decipher them.[1]  Therefore:

**IT IS HEREBY ORDERED** that Defendant shall not later than **June 5, 2019** file a **Response** to this Order:  (1) providing a summary of each pending motion/memorandum and the relief sought (ECF Nos. 296/308, 311/312, 314/315, 317/318), and (2) showing cause why the Court should not strike all the motions as contravening the Court's Order limiting Defendant's motion to suppress memorandum to 25 pages.

Dated:  May 29, 2019             /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge

---

[1] The Court additionally notes that Defendant filed the motions well beyond the January 14, 2019 deadline for pretrial motions set forth in the Second Amended Case Management Order (ECF No. 163), for which he has provided no justification.